EAST WIND ENTERPRISES, Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

Graphic Arts International Union Local
No. 280, AFL–CIO, Intervenor.

No. 81–7137.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 10, 1981.

Decided Dec. 4, 1981.

Samuel L. Holmes, Angell, Holmes &
Lea, San Francisco, Cal., for petitioner.

Paul E. Bateman, Washington, D.C., for
respondent.

David R. Rosenfeld, San Francisco, Cal.,
for intervenor.

Before KENNEDY and SKOPIL, Circuit
Judges, and BURNS,* District Judge.

PER CURIAM:

■ There is solid, substantial evidence
in the record to support the Board's determination that the employee was discharged
for union activities. The petitioner was
able to make no plausible argument to the
contrary.

■ The Board requests that in this case
we grant an award of attorney's fees
against the petitioner for having taken a
frivolous appeal to delay enforcement. As
indicated, it is difficult to find any merit at
all to the appeal, and we think the Board
acted properly in requesting us to consider
an award of attorney's fees. We decline to
award them in this case, however, because
it has not been the practice to do so in this
circuit, but henceforth we will be more favorably disposed to such requests in order
to preserve the rights of all parties under
the National Labor Relations Act and to
protect our own docket.

"ENFORCED"

* Honorable James M. Burns, Chief Judge, U. S.    District Judge for the District of Oregon.